No. 1939. MALDONADO, APPELLEE, v. DUMONT, APPELLANT.—Damages. Humacao. November 26, 1918. *Dismissed.*

No. 1322. PEOPLE, APPELLEE, v. DÁVILA, APPELLANT.—False representation. San Juan, Section 2. November 29, 1918. *Affirmed.*

No. 1324. PEOPLE, APPELLEE, v. RAMOS, APPELLANT.—Manslaughter. Humacao. December 2, 1918. *Affirmed.*

No. 1323. PEOPLE, APPELLEE, v. SOLER, APPELLANT.—Violation of section 288 of the Penal Code. Mayagüez. December 2, 1918. *Affirmed.*

No. 1328. PEOPLE, APPELLEE, v. ROSA, APPELLANT.—Slander. Humacao. December 5, 1918. *Affirmed.*

No. 1353. PEOPLE, APPELLEE, v. RIVERO, APPELLANT.—Attempted rape. San Juan, Section 2. December 5, 1918. *Appeal withdrawn.*

No. 1327. PEOPLE, APPELLEE, v. ACEVEDO, APPELLANT.—Carrying arms. Mayagüez. December, 9, 1918. *Affirmed.*

No. 1334. PEOPLE, APPELLEE, v. CAMACHO, APPELLANT.—Violation of section 287 of the Penal Code. Mayagüez. December 9, 1918. *Affirmed.*

No. 1336. PEOPLE, APPELLEE, v. GARCÍA, APPELLANT.—Violation of section 288 of the Penal Code. Humacao. December 9, 1918. *Affirmed.*